*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 18-BG-750

IN RE SUZANNE NICOLE HULTHAGE

A Member of the Bar of the
District of Columbia Court of Appeals          **2018 DDN 169**

**Bar Registration No. 993448**

BEFORE: Fisher, Associate Judge, and Steadman and Farrell, Senior Judges.

### O R D E R
(FILED – October 4, 2018)

On consideration of the certified order of the Court of Appeals of Maryland indefinitely suspending respondent from the practice of law in that jurisdiction by consent; this court's July 19, 2018, order directing respondent to show cause why the functionally-equivalent discipline of an indefinite suspension with a fitness requirement, with the right to file for reinstatement after five years or after reinstatement by the state of Maryland, whichever occurs first, should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent failed to file a response to the court's show cause order but did file her D.C. Bar R. XI, §14 (g) affidavit on August 17, 2018, it is

ORDERED that Suzanne Nicole Hulthage is hereby indefinitely suspended with a fitness requirement *nunc pro tunc* to August 17, 2018. She may file for reinstatement after five years or after reinstatement by the state of Maryland, whichever occurs first. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**